

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-16-00008-CV

**IN THE INTEREST OF A.F., A CHILD**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01172
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    Maria Fattahi's Notification of Late Record is hereby GRANTED. Time is extended to April 11, 2016. NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court